# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
# Tuesday, May 19, 2020

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Matthew | Cavenaugh | Jackson Walker LLP | Ultra Debtors |
| Matthew | Cavenaugh | Jackson Walker, LLP | Debtors |
| Jim | Cunningham | Federal Energy Regulatory Commission | Federal Energy Regulatory Commission |
| Benjamin | Finestone | Quinn Emanuel | Debtor - Ultra Resources |
| Elizabeth | Freeman | Jackson Walker, LLP | Debtors |
| Kenneth | Irvin | Sidley Austin LLP | Rockies Express Pipeline LLC |
| David | Seligman | Kirkland & Ellis, LLP | Debtors |
| David | Seligman | Kirkland & Ellis | Ultra Debtors |