# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Friday, May 29, 2020

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Ben | Finestone | Quinn Emanuel | Debtor--Ultra Resources, Inc. |
| Benjamin I. | Finestone | Quinn Emanuel Urquhart & Sullivan, LLP | Debtors |
| Elizabeth | Freeman | Jackson Walker, LLP | Debtors |
| Kenneth | Irvin | Sidley Austin LLP | Rockies Express Pipeline LLC |
| Rick | Kincheloe | USAO/SDTX | FERC/United States |
| David R. | Seligman | Kirkland & Ellis, LLP | Debtors |
| David | Seligman | Kirkland & Ellis LLP | Debtors |
| John | Shepherd | Federal Energy Regulatory Commission | Federal Energy Regulatory Commission |
| Brad | Weiland | Kirkland & Ellis, LLP | Debtors |