# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Monday, June 8, 2020

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Nicholas | Baker | Simpson Thacher & Bartlett LLP | Bank of Montreal |
| Matthew D. | Cavenaugh | Jackson Walker, LLP | Debtors |
| Gunjan | Desai | Goldin Associates | UCC |
| philip | eisenberg | Locke Lord LLP | US Specialty Insurance Company |
| Henry | Flores | Rapp & Krock, PC | Ad Hoc Noteholder Group |
| Elizabeth | Freeman | Jackson Walker, LLP | Debtors |
| AnnElyse Scarlett | Gains | Kirkland & Ellis, LLP | Debtors |
| Jayme | Goldstein | Stroock & Stroock & Lavan LLP | Ad Hoc Group of Term Lenders |
| Ronald | Hewitt | Covington & Burling LLP | Wilmington Trust, N.A., as prepetition term loan agent and DIP agent |
| Kevin Scott | McClelland | Kirkland & Ellis, LLP | Debtors |
| Arsalan | Muhammad | Haynes and Boone, LLP | Ad Hoc Group of Term Lenders |
| Kristhy | Peguero | Jackson Walker, LLP | Debtors |
| Stephen | Piraino | Davis Polk & Wardwell LLP | Ad Hoc Noteholder Group |
| Gary | Polkowitz | Goldin Associates, LLC | UCC Financial Advisor |
| Veronica A. | Polnick | Jackson Walker, LLP | Debtors |
| Randall | Rios | Husch Blackwell LLP | Pinedale Corridor, LP |
| Luke C. | Rose | Kirkland & Ellis, LLP | Debtors |
| David R. | Seligman | Kirkland & Ellis, LLP | Debtors |
| Bennett | Silverberg | Brown Rudnick LLP | Official Committee of Unsecured Creditors |
| Michael | Slade | Kirkland & Ellis | Debtors |
| John | Sparacino | McKool Smith, PC | Proposed co-counsel to Official Committee of Unsecured Creditors |
| James | Stoll | Brown Rudnick, LLP | Unsecured Creditors Committee |
| Charles | Viscito | Pro Se | Self |
| Brad | Weiland | Kirkland & Ellis, LLP | Debtors |