# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
# Tuesday, June 9, 2020

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Matthew D. | Cavenaugh | Jackson Walker, LLP | Debtors |
| John | Cornwell | Munsch Hardt Kopf & Harr, P.C. | Southern California Public Power Authority and Turlock Irrigation District |
| Uchechi | Egeonuigwe | Brown Rudnick llp | Official committee of unsecured creditors |
| Christopher | Guhin | Stroock & Stroock & Lavan LLP | Ad Hoc Group of Term Lenders |
| Ronald | Hewitt | Covington & Burling LLP | Wilmington Trust, N.A., as prepetition term loan agent and DIP agent |
| Jarrod | Martin | McDowell Hetherington LLP | Jonah, LLC, Weeks Oil Properties, LLC, McMurry LLC, Bushong Oil & Gas Properties, LLC, and Joseph Scott |
| Arsalan | Muhammad | Haynes and Boone, LLP | Ad Hoc Group of Term Lenders |
| Stephen | Piraino | Davis Polk & Wardwell LLP | Ad Hoc Noteholder Group |
| Randall | Rios | Husch Blackwell | Pinedale Corridor, LP |
| Jeffrey | Rothleder | Squire Patton Boggs | US Bank National Association, Indenture Trustee |
| David | Seligman | Kirkland & Ellis LLP | Debtors |
| David | Seligman | Kirkland & Ellis, LLP | Debtors |
| Michael B. | Slade | Kirkland & Ellis, LLP | Debtors |
| Michael | Slade | Kirkland & Ellis | Debtors |
| Steve | Soule' | Hall Estill | Williams Field Services, LLC |
| John | Sparacino | McKool Smith | Proposed counsel for Official Committee of Unsecured Creditors |
| Charles | Viscito | Pro Se | Self |
| Brad | Weiland | Kirkland & Ellis, LLP | Debtors |