# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Monday, June 15, 2020

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Matthew | Cavenaugh | Jackson Walker LLP | Debtors |
| Benjamin | Finestone | Quinn Emanuel Urquhart & Sullivan, LLP | Ultra Resources, Inc. |
| Kenneth | Irvin | Sidley Austin LLP | Rockies Express Pipeline LLC |
| David | Seligman | Kirkland & Ellis LLP | Debtor |
| David | Seligman | Kirkland & Ellis LLp | Debtors |
| John | Shepherd | Federal Energy Regulatory Commission | Federal Energy Regulatory Commission |
| John | Sparacino | McKool Smith | Proposed counsel to Official Committee of Unsecured Creditors |