# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
# Tuesday, June 16, 2020

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Stephanie | Calnan | Brown Rudnick LLP | Official Committee of Unsecured Creditors |
| Matthew | Cavenaugh | Jackson Walker, LLP | Debtors |
| Uchechi | Egeonuigwe | Brown Rudnick LLP | Official Committee of Unsecured Creditors |
| Henry | Flores | Rapp & Krock, PC | Ad Hoc Noteholder Group |
| AnnElyse S. | Gains | Kirkland & Ellis, LLP | Debtors |
| Matthew G. | Garofalo | Stroock & Stroock & Lavan LLP | Ad Hoc Group of Term Lenders |
| Jayme T. | Goldstein | Stroock & Stroock & Lavan LLP | Ad Hoc Group of Term Lenders |
| Ronald | Hewitt | Covington & Burling LLP | Wilmington Trust, N.A., as prepetition term loan and DIP agent |
| Jeffrey | Jonas | Brown Rudnick LLP | Creditors Committee |
| Jeffrey | Jonas | Brown Rudnick LLP | Official Committee of Unsecured Creditors |
| Arsalan | Muhammad | Haynes and Boone, LLP | Ad Hoc Group of Term Lenders |
| Kristhy M. | Peguero | Jackson Walker, LLP | Debtors |
| Stephen | Piraino | Davis Polk & Wardwell LLP | Ad Hoc Noteholder Group |
| Stephen | Piraino | Davis Polk & Wardwell LLP | Ad Hoc Noteholder Group |
| Jeffrey | Rothleder | Squire Patton Boggs | US Bank National Association, as Indenture Trustee |
| Luke | Ruse | Kirkland & Ellis LLP | Debtors |
| David R. | Seligman | Kirkland & Ellis, LLP | Debtors |
| David | Seligman | K&E | Debtors |
| Bennett | Silverberg | Brown Rudnick LLP | Official Committee of Unsecured Creditors |
| Michael B. | Slade | Kirkland & Ellis, LLP | Debtors |
| Steve | Soule' | Hall Estill | Williams Field Services |
| John | Sparacino | McKool Smith | Proposed counsel to Official Committee of Unsecured Creditors |
| Robert | Stark | Brown Rudnick LLP | Official Committee of Unsecured Creditors |
| James | Stoll | Brown Rudnick LLP | Official Committee of Unsecured Creditors |
| Brad | Weiland | Kirkland & Ellis, LLP | Debtors |
| Jennifer F. | Wertz | Jackson Walker, LLP | Debtors |
| Gabriella | Zahn-Bielski | Covington & Burling LLP | Wilmington Trust, National Association, as DIP Agent and First Lien Term Loan Agent |