# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Thursday, June 25, 2020

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Stephanie | Calnan | Brown Rudnick LLP | Official Committee of Unsecured Creditors |
| Stephanie | Calnan | Brown Rudnick LLP | Official Committee of Unsecured Creditors |
| Matthew D. | Cavenaugh | Jackson Walker, LLP | Ultra Debtors |
| Uchechi | Egeonuigwe | Brown Rudnick LLP | Official Committee of Unsecured Creditors |
| Uchechi | Egeonuigwe | Brown Rudnick LLP | Official Committee of Unsecured Creditors |
| Uchechi | Egeonuigwe | Brown Rudnick LLP | Official Committee of Unsecured Creditors |
| Henry | Flores | Rapp & Krock, PC | Ad Hoc Noteholder Group |
| Jeffrey | Jonas | Brown Rudnick LLP | Official Committee of Unsecured Creditors |
| Kevin | McClelland | Kirkland & Ellis, LLP | Ultra Debtors |
| Kristhy | Peguero | Jackson Walker, LLP | Ultra Debtors |
| Veronica | Polnick | Jackson Walker, LLP | Ultra Debtors |
| Randall | Rios | Husch Blackwell LLP | Pinedale Corridor, LP |
| Jeff | Rothleder | Squire Patton Boggs | US Bank National Association, as Indenture Trustee |
| Luke C. | Ruse | Kirkland & Ellis, LLP | Ultra Debtors |
| David | Seligman | Kirkland & Ellis LLP | Debtors |
| Bennett | Silverberg | Brown Rudnick LLP | Official Committee of Unsecured Creditors |
| Bennett | Silverberg | Brown Rudnick LLP | Creditors' Committee |
| John | Sparacino | McKool Smith, PC | proposed counsel for Creditors' Committee |
| Robert | Stark | Brown Rudnick LLP | Official Committee of Unsecured Creditors |
| James | Stoll | Brown Rudnick LLP | Official Committee of Unsecured Creditors |
| Brad | Weiland | Kirkland & Ellis, LLP | Ultra Debtors |