# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Thursday, August 6, 2020

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| David | Adler | McCarter & English LLP | Ad Hoc Equity Group |
| Matthew D. | Cavenaugh | Jackson Walker, LLP | Ultra Debtors |
| Lora | Chowdhury | Sidley Austin LLP | Rockies Express Pipeline LLC |
| Benjamin | Finestone | Quinn Emanuel Urquhart & Sullivan, LLP | Ultra Resources, Inc. |
| Kenneth | Irvin | Sidley Austin LLP | Rockies Express Pipeline LLC |
| Rick | Kincheloe | USAO/SDTX | FERC |
| Jarrod | Martin | Chamberlain Hrdlicka | Jonah LLC et al. |
| Deborah | Newman | Quinn Emanuel Urquhart & Sullivan, LLP | Ultra Resources, Inc. |
| Ari | Roytenberg | Quinn Emanuel Urquhart & Sullivan, LLP | Ultra Resources, Inc. |
| Kate | Scherling | Quinn Emanuel Urquhart & Sullivan, LLP | Ultra Resources, Inc. |
| John | Shepherd | Federal Energy Regulatory Commission | Federal Energy Regulatory Commission |
| Robert | Velevis | Sidley Austin LLP | Rockies Express Pipeline LLC |
| Charles | Viscito | None | Limited Representation by McCarter & English for Motion for Equity Committee |
| Julie | Walker | Miller Mentzer Walker PC | J-W Power Company |