# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|   |   |   |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| ULTRA PETROLEUM CORP., *et al.*,[1] | ) ) ) | Case No. 20-32631 (MI) |
| Debtors. | ) ) | (Jointly Administered) |

## AGREED NOTICE OF WITHDRAWAL OF CERTAIN PENDING MOTIONS PURSUANT TO SETTLEMENT

**PLEASE TAKE NOTICE** that, pursuant to a settlement reached between the Debtors, the Ad Hoc Group of Term Lenders, and the Official Committee of Unsecured Creditors (the "Committee"), the following motions are WITHDRAWN:

- the <u>Expedited</u> Motion of the Official Committee of Unsecured Creditors for (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims and Causes of Action on Behalf of the Debtors' Estates and (II) Exclusive Settlement Authority [Docket No. 337];

- the <u>Second Expedited</u> Motion of the Official Committee of Unsecured Creditors for (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims and Causes of Action on Behalf of the Debtors' Estates and (II) Exclusive Settlement Authority [Docket No. 534]; and

- the Debtors' <u>Emergency</u> Motion to Exclude the Proposed Expert Testimony of Manish Kumar and the Committee's Unprecedented Theory on "Reasonably Equivalent Value" [Docket No. 586].

The Committee will also be withdrawing its objection to confirmation and will be supporting the proposed Plan of Reorganization, as amended to incorporate settlement terms to be announced on the record at the confirmation hearing on August 10, 2020, at 9:00 AM.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number (if any) are the following: Ultra Petroleum Corp. (3838); Keystone Gas Gathering, LLC (N/A); Ultra Resources, Inc. (0643); Ultra Wyoming, LLC (6117); Ultra Wyoming LGS, LLC (0378); UP Energy Corporation (4296); UPL Pinedale, LLC (7214); and UPL Three Rivers Holdings, LLC (7158). The Debtors' service address is 116 Inverness Drive East, Suite 400, Englewood, Colorado 80112.

| | |
|---|---|
| Dated:  August 9, 2020<br>Houston, Texas | */s/ Matthew D. Cavenaugh*<br>Matthew D. Cavenaugh (TX Bar No. 24062656)<br>Jennifer F. Wertz (TX Bar No. 24072822)<br>Kristhy M. Peguero (TX Bar No. 24102776)<br>**JACKSON WALKER LLP**<br>1401 McKinney Street, Suite 1900<br>Houston, TX 77010<br>Telephone:   (713) 752-4200<br>Facsimile:    (713) 752-4221<br><br>-and-<br><br>David R. Seligman, P.C. (admitted *pro hac vice*)<br>Brad Weiland (admitted *pro hac vice*)<br>Michael B. Slade (admitted *pro hac vice*)<br>Luke Ruse (admitted *pro hac vice*)<br>Sydney Schneider (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200<br><br>AnnElyse Scarlett Gains (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Telephone:   (202) 389-5046<br>Facsimile:    (202) 389-5200<br><br>*Co-Counsel for the Debtors and Debtors in Possession*<br><br>By: */s/  Kenneth Pasquale*<br>Charles A. Beckham, Jr.<br>Texas State Bar No. 02016600<br>Kelli S. Norfleet<br>Texas State Bar No. 24070678<br>Arsalan Muhammad<br>Texas State Bar No. 24074771<br>Haynes and Boone LLP<br>1221 McKinney Street, Suite 2100<br>Houston, Texas 77010 |

Telephone.: (713) 547-2000
Facsimile: (713) 547-2600
Email: charles.beckham@haynesboone.com
Email: kelli.norfleet@haynesboone.com
Email: arsalan.muhammad@haynesboone.com

-and-

**STROOCK & STROOCK & LAVAN LLP**
Jayme T. Goldstein (admitted *pro hac vice*)
Kenneth Pasquale (admitted *pro hac vice*)
Christopher M. Guhin (admitted *pro hac vice*)
Emily L. Kuznick (admitted *pro hac vice*)
180 Maiden Lane
New York, NY  10038
Telephone: 212-806-5400
Facsimile:  212-806-6006
Email: jgoldstein@stroock.com
Email: kpasquale@stroock.com
Email:    cguhin@stroock.com
Email:    ekuznick@stroock.com

*Counsel For The Ad Hoc Group*

/s/ *Jeffrey Jonas*

**MCKOOL SMITH**
John J. Sparacino
Joshua J. Newcomber
Paul Williams
Kaitlyn Dawson
600 Travis Street
Suite 7000
Houston, TX 77002
Telephone: (713) 485-7300
Facsimile: (713) 485-7344
Emails: jnewcomer@mckoolsmith.com
jsparacino@mckoolsmith.com
pwilliams@mckoolsmith.com
kdawson@mckoolsmith.com

-and-

**BROWN RUDNICK LLP**
Robert J. Stark*
Bennett S. Silverberg*
Uchechi Egeonuigwe*
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Emails: rstark@brownrudnick.com
bsilverberg@brownrudnick.com
uegeonuigwe@brownrudnick.com

-and-

Jeffrey L. Jonas*
James Stoll*
Stephanie Calnan*
One Financial Center
Boston, MA 02111
Telephone: 617-856-8200
Email: jjonas@brownrudnick.com
jstoll@brownrudnick.com
scalnan@brownrudnick.com
*admitted *pro hac vice*

*Co-Counsel to the Official Committee of Unsecured Creditors*

4

**Certificate of Service**

I certify that on August 9, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Matthew D. Cavenaugh*
Matthew D. Cavenaugh